IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JACKIE KEETER, et al., | § | |
| | § | |
| Movants, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-106-O |
| | § | |
| DIRECTOR, TDCJ-ID, | § | |
| | § | |
| Respondent. | § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED** without prejudice.

**SIGNED** this **7th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE